UNITED STATES BANKRUPTCY COURT
District of South Dakota

| | | |
|---|---|---|
| In Re: | ) | Bankr. No. 08-40547 |
| | ) | Chapter 13 |
| TODD JOSEPH VIERECK, | ) | |
| | ) | ORDER CONFIRMING PLAN |
| Debtor. | ) | |

The matter before the Court is the confirmation of Debtor's Plan Dated September 11, 2008. Trustee Dale A. Wein withdrew his objections to confirmation on January 7, 2009. The confirmation hearing set for January 8, 2009 was cancelled pursuant to Local Bankr.R. 3015-3(b)(5). In recognition of and compliance with the findings and conclusions entered on the record,

IT IS HEREBY ORDERED Debtor's Plan Dated September 11, 2008 is confirmed.

IT IS HEREBY FURTHER ORDERED Debtor shall make his first payment under the plan on September 28, 2008 and the last payment under the plan on August 28, 2013.

IT IS HEREBY FURTHER ORDERED all of Debtor's disposable income to be received in the sixty month period beginning on September 28, 2008 shall be applied to make payments under his plan, as provided by 11 U.S.C. § 1325(b).

So ordered:   January 12, 2009.

BY THE COURT:

Charles L. Nail, Jr.
Bankruptcy Judge

On the above date, a copy of this document was mailed or faxed to the parties shown on the Notice of Electronic Filing as not having received electronic notice and Debtor(s), if Debtor(s) did not receive electronic notice.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota

**NOTICE OF ENTRY**
**Under Fed.R.Bankr.P. 9022(a)**

**This order/judgment was entered
on the date shown above.**

**Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota**