UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

In re:  )   Bankr. No. 08-40547
        )   Chapter 13
TODD JOSEPH VIERECK  )
SSN/ITIN xxx-xx-2024  )   ORDER RE:  TRUSTEE'S
        )   MOTION TO DISMISS CASE
Debtor.  )

Upon consideration of Trustee Dale A. Wein's Motion to Dismiss (doc. 34), Debtor's response (doc. 35), and the record before the Court; and it appearing the parties have advised the Court, through the submission of a proposed order, of their consent to the relief set forth herein; and for cause shown; now, therefore,

IT IS HEREBY ORDERED Debtor shall cure the arrearage in plan payments as of March 15, 2010 by paying Trustee Wein $3,013.85 on or before April 30, 2010.  This cure payment is in addition to the remaining monthly payments Debtor must make under his confirmed plan.

IT IS FURTHER ORDERED, if Debtor fails to make the cure payment required by this order or any of the remaining monthly payments under his confirmed plan and such delinquency exists for more than 15 days, this case shall be dismissed without further notice or hearing upon Trustee Wein's affidavit of default.

So ordered:  March 23, 2010.

BY THE COURT:

Charles L. Nail, Jr.
Bankruptcy Judge

On the above date, a copy of this document was mailed or faxed to the parties shown on the Notice of Electronic Filing as not having received electronic notice and Debtor(s), if Debtor(s) did not receive electronic notice.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota